THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL WILLIAMS, Appellant. [919 NYS2d 457]—

Concur—Andrias, J.P., Saxe, Friedman, Moskowitz and Richter, JJ.